THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HAROLD DOUGLAS BULLARD, )<br>#225 596 )<br>)<br>   Petitioner, )<br>)<br>v. )<br>)<br>)<br>J.C. GILES, *et al.*, )<br>)<br>   Respondents. ) | 3:09-CV-190-TMH<br>[WO] |

# **ORDER**

On April 8, 2009, the Magistrate Judge filed a Recommendation (Doc. 4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 4) of the Magistrate Judge is ADOPTED; and

2. This case be DISMISSED without prejudice for Petitioner's failures to comply with the orders of the Court and to prosecute this action.

An appropriate judgment will be entered.

Done this 28th day of April, 2009.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE